**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR04-00110-01ML |
| | ) | |
| Maksim Kalinin | ) | |

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before then Chief U.S. District Judge Mary M. Lisi, for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant is awaiting execution of his "Order of Deportation" and requires his passport to effectuate the deportation. It is hereby

**ORDERED** that the defendant's passport be returned to the U.S. Probation Department who in turn will release the passport to the Bureau of Immigration & Customs Enforcement, Oakdale, Louisiana.

**ENTERED** as an order of this Honorable Court the 21st day of December, 2006.

ENTER:

Mary M. Lisi
Honorable Mary M. Lisi
Chief U.S. District Judge

PER ORDER:

Deputy Clerk